# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 09-37010 |
| | § | |
| ERICKSON RETIREMENT | § | CHAPTER 11 |
| COMMUNITIES, LLC, *et al.*[1] | § | |
| | § | Joint Administration Pending |
| Debtors. | § | |

## LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 30 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. If a minor child is one of the creditors holding the 30 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade, debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Braun Construction Group, Inc.<br>39395 W. 12 Mile Road, Suite 100<br>Farmington Hills, MI 48331 | | Trade | | $4,663,730.25 |
| Microsoft Licensing GP<br>c/o Bank of America<br>1950 N Stemmons Fwy, Ste 5010<br>Dallas, TX 75207 | | Trade | | $1,655,906.10 |

---

[1] The Debtors in these Chapter 11 cases are Erickson Retirement Communities, LLC, Ashburn Campus, LLC, Columbus Campus, LP, Concord Campus GP, LLC, Concord Campus, LP, Dallas Campus GP, LLC, Dallas Campus, LP, Erickson Construction, LLC, Erickson Group, LLC, Houston Campus, LP, Kansas Campus, LLC, Littleton Campus, LLC, Novi Campus, LLC, Senior Campus Services, LLC, Warminster Campus GP, LLC, Warminster Campus, LP.

| | | | |
|---|---|---|---|
| PHD<br>220 East 42nd Street<br>New York, NY 10017 | | Trade | $1,427,480.70 |
| BBDO<br>1285 Avenue of the Americas<br>New York, NY 10019 | | Trade | $940,839.45 |
| Northwest Electric<br>12442 Owings Mills Blvd.<br>PO Box 37<br>Reistertown, MD 21136 | | Trade | $737,455.62 |
| Regional Construction Resources, Inc.<br>5600 NW Central, Suite 100<br>Houston, TX 77092 | Attn: Richard Scandrett | Trade | $657,559.00 |
| Becker Electrical Group, Inc<br>4210 43rd Ave.<br>Kenosha, WI 53114 | | Trade | $580,376.55 |
| Westside Mechanical, Inc.<br>2007 Corporate Lane<br>Naperville, IL 60563 | | Trade | $549,435.25 |
| Dorsky Hodgson Parrish Yue<br>23240 Chragrin Blvd., Suite 300<br>Beachwood, OH 44122 | | Trade | $374,390.04 |
| W.H. Boyer, Inc.<br>2945 Route 97<br>Gerogia Ave., Ext<br>Gleenwood, MD 21738 | | Trade | $333,231.21 |
| Worth & Company, Inc.<br>6263 Kellers Church Road<br>Pipersville, PA 21738 | | Trade | $281,114.91 |
| Sherman Mechanical, Inc.<br>1075 Alexander Court<br>Cary, IL 60013 | | Trade | $268,512.50 |
| Welch Drywall<br>31 W 300 West Bartlett Road<br>Bartlett, IL 60103 | | Trade | $266,343.03 |
| Cavan Construction Company, Inc.<br>274 Bodley Road<br>Aston, PA 19014-1412 | | Trade | $258,455.72 |
| Commercial Carpet Consultants, Inc<br>893 Industrial Drive<br>Elmhurst, IL 60126 | | Trade | $242,819.33 |
| William A. Hazel, Inc.<br>PO Box 600<br>Chantilly, VA 20153-0600 | | Trade | $234,637.13 |
| South Shore Ironworks, Inc. | | Trade | $223,611.30 |

| | | |
|---|---|---|
| 407 W. 109th Street<br>Chicago, IL 60628 | | |
| Ascher Brothers Co., Inc.<br>3033 W. Fletcher Street<br>Chicago, IL 60618 | Trade | $208,228.97 |
| Fiore & Sons, Inc<br>730 W. 62nd Ave.<br>Denver, CO 80216 | Trade | $206,485.61 |
| Belfast Valley Contractors 3809<br>Edgewater Place<br>Baltimore, MD 21222 | Trade | $206,139.93 |
| Prate Installations, Inc.<br>1120 North Rand Road<br>Wauconda, IL 60084 | Trade | $205,213.72 |
| Northern Mechanical Contractors, Inc.<br>452A Clearview Ave.<br>Tevose, PA 19053 | Trade | $199,943.14 |
| Price Modern<br>PO Box 62032<br>Baltimore, MD 21264-2032 | Trade | $197,169.50 |
| Saul Ewing LLP<br>Lockwood Place<br>500 East Pratt Street<br>Baltimore, MD 21202-3171 | Trade | $194,893.83 |
| Key Equipment Finance or Oracle Credit<br>PO Box 74534<br>Cleveland OH, 44194.4534 | Trade | $192,017.00 |
| Health Medx<br>5100 N. Towne Centre Drive<br>Ozark, MO 65721 | Trade | $174,580.54 |
| McKesson Medical-Surgical<br>PO Box 630693<br>Cincinnati, OH 45263-0693 | Trade | $167,687.70 |
| G W Thiel, Inc.<br>1625 Winnetka Circle<br>Rolling Meadow, IL 60008 | Trade | $165,994.40 |
| Hajoca Coporation<br>127 Coulter Ave.<br>Ardmore, PA 19003 | Trade | $160,000.00 |
| Whirlpool Corporation<br>PO Box 532415<br>Charlotte, NC 28290-2415 | Trade | $152,612.54 |

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Paul Rundell, Executive Vice President to the Debtors and Debtors In Possession in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date _____10/20/09_____


Signature \_\_\_\_\_/s/ Paul Rundell_____
Paul Rundell, Executive Vice President