U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 22, 2009**                                    **United States Bankruptcy Judge**

---

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| ERICKSON RETIREMENT COMMUNITIES, LLC, | § § | Case No. 09-37010 |
| | § | |
| Debtor. | § | |
| In re: | § | |
| | § | Chapter 11 |
| ASHBURN CAMPUS, LLC, | § § | Case No. 09-37018 |
| | § | |
| Debtor. | § | |
| In re: | § | |
| | § | Chapter 11 |
| COLUMBUS CAMPUS, LLC, | § § | Case No. 09-37019 |
| | § | |
| Debtor. | § | |
| In re: | § | |
| | § | Chapter 11 |
| CONCORD CAMPUS GP, LLC, | § § | Case No. 09-37021 |
| | § | |
| Debtor. | § | |
| In re: | § | |
| | § | Chapter 11 |
| CONCORD CAMPUS, LP, | § § | Case No. 09-37020 |
| Debtor. | § | |

EAST\42591249.1

| | |
|---|---|
| In re:<br><br>DALLAS CAMPUS GP, LLC,<br><br>       Debtor. | § <br> §   Chapter 11 <br> § <br> §   Case No. 09-37013 <br> § <br> § |
| In re:<br><br>DALLAS CAMPUS, LP<br><br>       Debtor. | § <br> §   Chapter 11 <br> § <br> §   Case No. 09-37012 <br> § <br> § |
| In re:<br><br>ERICKSON CONSTRUCTION, LLC,<br><br>       Debtor. | § <br> §   Chapter 11 <br> § <br> §   Case No. 09-37016 <br> § <br> § |
| In re:<br><br>ERICKSON GROUP, LLC,<br><br>       Debtor. | § <br> §   Chapter 11 <br> § <br> §   Case No. 09-37015 <br> § <br> § |
| In re:<br><br>HOUSTON CAMPUS, LP,<br><br>       Debtor. | § <br> §   Chapter 11 <br> § <br> §   Case No. 09-37022 <br> § <br> § |
| In re:<br><br>KANSAS CAMPUS, LLC,<br><br>       Debtor. | § <br> §   Chapter 11 <br> § <br> §   Case No. 09-37024 <br> § <br> § |
| In re:<br><br>LITTLETON CAMPUS, LLC,<br><br>       Debtor. | § <br> §   Chapter 11 <br> § <br> §   Case No. 09-37023 <br> § <br> § |
| In re:<br><br>NOVI CAMPUS, LLC,<br><br>       Debtor. | § <br> §   Chapter 11 <br> § <br> §   Case No. 09-37025 <br> § <br> § |
| In re:<br><br>SENIOR CAMPUS SERVICES, LLC,<br><br>       Debtor | <br>Chapter 11<br><br>Case No. 09-37017 |

| | |
|---|---|
| In re: | §<br>§ Chapter 11<br>§<br>§ Case No. 09-37027<br>§<br>§ |
| WARMINSTER CAMPUS, GP, LLC, | |
| Debtor. | |
| In re: | §<br>§ Chapter 11<br>§<br>§ Case No. 09-37026<br>§<br>§ |
| WARMINSTER CAMPUS, LP, | |
| Debtor. | |

**ORDER REGARDING FILING OF PLEADINGS AND**
**DIRECTING JOINT ADMINISTRATION OF CASES**

The Court, having considered the matter of administering the above captioned cases, makes these findings of facts and conclusions of law. This Court has jurisdiction over the subject matter pursuant to 28 U.S.C. §§ 1334 and 157, and 11 U.S.C. § 105. All parties-in-interest were provided adequate notice and opportunity for hearing. Joint administration of the Debtors' cases is appropriate pursuant to Rule 1015(b) and (c) of the Federal Rules of Bankruptcy Procedure. An order of joint administration would serve judicial economy. It is in the best interests and without prejudice to the rights of the Debtors' estates, creditors, and other parties-in-interest. It is hereby

**ORDERED,** that the above-captioned cases be and hereby are, jointly administered by this Court for procedural purposes only and shall not be a substantive consolidation of the respective estates; and it is further

**ORDERED,** that in the event these cases have been assigned to separate judges, all cases shall be transferred to the judge assigned to the lead case; and it is further

**ORDERED,** that all orders, pleadings, papers and documents, except proofs of claims, shall be filed and docketed in case number 09-37010 (the "Lead Case"); and it is further

**ORDERED,** that all proofs of claims shall be filed and docketed under the case number representing the estate in which the claim is made, and a creditor of more than one estate shall

file and docket a proof of claim in each case to which a claim may be made, and only in the amount which the creditor may make a claim from that estate; and it is further

**ORDERED,** that all pleadings, papers, and documents, except proofs of claim, filed in the jointly administered cases shall bear the caption of the jointly administered cases and shall be listed as shown in Exhibit A (attached); and it is further

**ORDERED,** that if pleadings, papers, and documents have been filed in any of the above-captioned cases other than the Lead Case prior to the entry of this Order, and those matters have not yet been heard and decided, the party who filed the pleading. paper, or document shall (i) re-file that pleading, paper, or document in the Lead Case within three (3) business days of the entry of this Order, (ii) set the pleading, paper, or document for hearing before the judge assigned to the Lead Case, and (iii) notice the hearing to all appropriate parties; and it is further

**ORDERED,** that the above-captioned Debtors, shall serve a copy of this order on the United States Trustee, all creditors, persons filing Notices of Appearance, and other parties-in-interest, and shall file a certificate of service with the Clerk of Court after completing service of this; and it is further

**ORDERED,** that the above-captioned Debtors, shall file with the Clerk of Court in case number 09-37010 a master service list of all creditors, persons filing Notices of Appearance, and all parties-in-interest in the jointly administered cases in the form prescribed by Local Bankruptcy Rule 1007.2.

### ###End of Order###

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 09-37010** |
| | § | |
| **ERICKSON RETIREMENT** | § | **CHAPTER 11** |
| **COMMUNITIES, LLC,** *et al.*[1] | § | **Jointly Administered** |
| | § | |
| **Debtors.** | § | |

---

[1] The Debtors in these chapter 11 cases are Erickson Retirement Communities, LLC, Ashburn Campus, LLC, Columbus Campus, LLC, Concord Campus GP, LLC, Concord Campus, LP, Dallas Campus GP, LLC, Dallas Campus, LP, Erickson Construction, LLC, Erickson Group, LLC, Houston Campus, LP, Kansas Campus, LLC, Littleton Campus, LLC, Novi Campus, LLC, Senior Campus Services, LLC, Warminster Campus GP, LLC, Warminster Campus, LP.