IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ERICKSON RETIRMENT COMMUNITY, | § | |
| LLC | § | CASE NO. 09-37010 |
| | § | (Chapter 11) |
| DEBTOR. | § | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE AND NOTICE

PLEASE TAKE NOTICE that Troy P. Majoue of Quilling, Selander, Cummiskey, &

Lownds, P.C., and  Jorian Rose, Carollynn H.G. Callari, and Greg Cross of Venable, LLC

hereby enter an Appearance and Request for Service and Notice pursuant to Federal Rule of

Bankruptcy Procedure 9010(b) as co-counsel for Redwood Capital Investments, Redwood –ERC

Senior Living Holdings, LLC, Redwood –ERC Management, LLC, Redwood –ERC

Development, LLC, Redwood –ERC Properties, LLC, Redwood –ERC Kansas, LLC, creditors

and parties in interest in the above-referenced proceedings. Request is hereby made that all

notices given or required to be given in this case and in any cases consolidated herewith, and all

papers served or required to be served in this case and in any cases consolidated herewith, be

given to and served upon the undersigned attorneys at the address and telephone number as

follows:

Jorian Rose
Venable, LLC
Rockefeller Center
1270 Avenue of the Americas
Twenty-Fifth Floor
New York, NY 10020
Telephone: (212) 307-5500
Fax: (212) 307-5598
jlrose@venable.com

Carollynn H.G. Callari
Venable, LLC
Rockefeller Center
1270 Avenue of the Americas
Twenty-Fifth Floor
New York, NY 10020
Telephone: (212) 307-5500
Fax: (212) 307-5598
ccallari@Venable.com

Greg Cross
Venable, LLC
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
T 410.244.7400
F 410.244.7742
gacross@Venable.com

Troy Majoue
Quilling, Selander, Cummiskey, & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 – Office
(214) 871-2111 – Facsimile
tmajoue@qsclpc.com

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

Venable, LLC additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

Respectfully submitted,

Quilling, Selander, Cummiskey & Lownds, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By: */s/ Troy Majoue*
    Troy Majoue
    Texas Bar No. 24067738

ATTORNEYS FOR REDWOOD CAPITAL
INVESTMENTS REDWOOD-ERC SENIOR
LIVING HOLDINGS, LLC, REDWOOD-ERC
MANAGEMENT, LLC, REDWOOD-ERC
DEVELOPMENT, LLC, REDWOOD-ERC
PROPERTIES, LLC, REDWOOD-ERC KANSAS,
LLC