U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

_____

**Signed February 8, 2010**                    **United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| In re: | § | CASE NO. 09-37010 (SGJ) |
|---|---|---|
| | § | |
| ERICKSON RETIREMENT | § | CHAPTER 11 |
| COMMUNITIES, LLC, *et al.*[1] | § | Jointly Administered |
| | § | |
| Debtors. | | |

_____

### ORDER SETTING HEARING AND DEADLINE TO OBJECT TO AMENDED DISCLOSURE STATEMENT FOR DEBTORS' SECOND AMENDED JOINT PLAN OF REORGANIZATION PROPOSED BY ERICKSON RETIREMENT COMMUNITIES, LLC.
_____

A Status Conference on the Debtors' Amended Disclosure Statement (filed by ERICKSON RETIREMENT COMMUNITIES, LLC on December 30, 2009) in connection with the Joint Plan of Reorganization for the Debtors Proposed by Erickson Retirement Communities, LLC ("Plan") having been held on February 5, 2010; and the Court having been advised that the

---

[1] The Debtors in these chapter 11 cases are Erickson Retirement Communities, LLC, Ashburn Campus, LLC, Columbus Campus, LLC, Concord Campus GP, LLC, Concord Campus, LP, Dallas Campus GP, LLC, Dallas Campus, LP, Erickson Construction, LLC, Erickson Group, LLC, Houston Campus, LP, Kansas Campus, LLC, Littleton Campus, LLC, Novi Campus, LLC, Senior Campus Services, LLC, Warminster Campus GP, LLC, Warminster Campus, LP.

**ORDER SETTING HEARING AND DEADLINE TO OBJECT TO AMENDED DISCLOSURE STATEMENT FOR JOINT PLAN OF REORGANIZATION FOR THE DEBTORS PROPOSED BY ERICKSON RETIREMENT COMMUNITIES, LLC.** -PAGE 1-
WEST\21854763.1

Debtors intend to file an Amended Disclosure Statement for Debtors' Second Amended Joint Plan of Reorganization (the "Second Amended Disclosure Statement") no later than Friday February 12, 2009, the Court at the February 5, 2010 Status Conference set a time for consideration for the Second Amended Disclosure Statement and any objections thereto;

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN THAT:**

1. A hearing on the approval of the Second Amended Disclosure Statement shall be held before the Honorable Stacey G. C. Jernigan in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, 1100 Commerce Street, Room 1428, Dallas, Texas 75242-1496 on **March 3, 2010 at 2:30 p.m.** (the "Disclosure Statement Hearing").

2. Any objection to the Second Amended Disclosure Statement shall be filed and served upon counsel for Erickson Retirement Communities, LLC, Vincent Slusher at DLA Piper (US) LLP, 1700 Main Street, Suit 4600, Dallas Texas 75201, and Thomas R. Califano at DLA Piper LLP (US), 1251 Avenue of the Americas, New York, New York 10020-1104, on or before February 26, 2010 at 5:00p.m.

3. Counsel for Erickson Retirement Communities, LLC shall mail a copy of this Order to all creditors and parties in interest and notice of the Disclosure Statement Hearing on or before February 8, 2010.

4. Any party requesting a copy of the Second Amended Disclosure Statement shall contact counsel for Erickson Retirement Communities, LLC, Vincent Slusher, at DLA Piper (US) LLP, 1717 Main Street, Suit 4600, Dallas Texas 75201.

###END OF ORDER###

Order Submitted By:

/s/ Vincent P. Slusher
Vincent P. Slusher
State Bar No. 00785480
vince.slusher@dlapiper.com
DLA Piper LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 743-4572
Facsimile: (972) 813-6267