
Form 210A (12/09)

# United States Bankruptcy Court

__Northern__ District Of __Texas__

In re Erickson Retirement Communities, LLC         Case No. __09-37010__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__Bank of America__
Name of Transferee

__Welch Drywall Co.__
Name of Transferor

Name and Address where notices to transferee should be sent:

135 S. LaSalle, Chicago, IL 60603

Court Claim # (if known): _____
Amount of Claim: __323,739.24__
Date Claim Filed: 1-4-10 (BMC Group)

Phone: _____
Last Four Digits of Acct #: 7665

Phone: __815-459-2050__
Last Four Digits of Acct. #: __2826__

Name and Address where transferee payments should be sent (if different from above):

Phone: __312-904-9421__
Last Four Digits of Acct #: 7665

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/Raymond J. Ostler__         Date: __February 25, 2010__
Transferee/Transferee's Agent

*Penalty for making a false statement.* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 & 3571