# United States Bankruptcy Court
## Northern District of Texas (Dallas Division)

In re: Erickson Retirement Communities, LLC, Case No. 09-37010

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Strategic Ashby Ponds Lender LLC, Strategic Concord Landholder, LP | AirSmith LLC |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: | Court Claim # (if known): | 104 |
|---|---|---|
| | Amount of Claim: | $570.00 |
| | Date Claim Filed: | Dec. 7, 2009 |

Attn: Clint Hinds
c/o Kennedy Associates Real Estate Counsel, L.P.
7315 Wisconsin Avenue, Suite 350 West
Bethesda, MD  20814

| Phone: | 301-634-2210 | Phone: | 202-669-7074 |
|---|---|---|---|
| Last Four Digits of Acct. #: | N/A | Last Four Digits of Acct. #: | N/A |

Name and Address where transferee payments should be sent:

Attn: Clint Hinds
c/o Kennedy Associates Real Estate Counsel, L.P.
7315 Wisconsin Avenue, Suite 350 West
Bethesda, MD  20814

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:     /s/ *G. Martin Green*          Date:  March 5, 2010
        Transferee/Transferee's Agent

*Penalty for making a false statement:*  Fine up to $500,000 or imprisonment for up to 5 years, or both.     18 U.S.C. §§ 152 & 3571

DAL02:557134.1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing notice was electronically filed on March 5, 2010, and served on all parties receiving electronic notice from the Court's ECF notification system in the above-referenced bankruptcy cases.

*/s/ G. Martin Green*
G. Martin Green