IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | Case No. 09-37010 (SGJ) |
| | § | |
| **ERICKSON RETIREMENT** | § | Chapter 11 |
| **COMMUNITIES, LLC,** *et al*. | § | |
| | § | (Jointly Administered) |
| **Debtors.** | § | |
| | § | |
| | § | |

## NOTICE OF ENTRY OF ORDER APROVING DEBTORS' (I) SOLICITATION OF VOTES, (II) CONFIRMING THE DEBTORS' FOURTH AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, AND (III) EFFECTIVE DATE

**PLEASE TAKE NOTICE THAT:**

An order (the "Plan Confirmation Order") of the Honorable Stacey G.C. Jernigan, United States Bankruptcy Judge, approving the Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated March 8, 2010 [Dkt. No. 1005] (including all exhibits thereto and as the same may be further amended, modified or supplemented from time to time, the "Plan")[1] was entered on April 22, 2010. Unless otherwise defined in this notice, capitalized terms used herein shall have the meanings ascribed to them in the Plan and Plan Confirmation Order.

**PLEASE TAKE FURTHER NOTICE THAT:**

The Plan Confirmation Order is available for inspection at the office of the Clerk of the Bankruptcy Court for the Northern District of Texas, Dallas Division, and may be reviewed during the regular hours of the Bankruptcy Court or online through the Bankruptcy Court's internet website at www.txnb.uscourts.gov. Please note that a PACER password and login are required to access documents on the Bankruptcy Court's website. Copies of the Plan Confirmation Order can also be viewed online, free of change, at www.bmcgroup.com/erc.

**PLEASE TAKE FURTHER NOTICE THAT:**

The Effective Date of the Plan is April 30, 2010.

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE THAT:**

The Plan and its provisions are binding on the Debtors, the Reorganized Debtors, Redwood, the Acquisition Companies, any holder of a Claim against, or Interest in, the Debtors and such Holder's respective successors and assigns, whether or not the Claim or Interest of such Holder is impaired under the Plan, as provided in the Plan.

Dated: May 4, 2010
      Dallas, Texas

/s/ Vincent P. Slusher
Vincent P. Slusher
State Bar No. 00785480
vince.slusher@dlapiper.com
DLA Piper LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 743-4572
Facsimile: (972) 813-6267

Thomas R. Califano
New York State Bar No. 2286144
thomas.califano@dlapiper.com
Jeremy R. Johnson
New York State Bar No. 4307617
jeremy.johnson@dlapiper.com
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone: (212) 835-6000
Facsimile: (212) 835-6001

*Attorneys for the Debtors and Debtors in Possession*