U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

*[signature]*

**United States Bankruptcy Judge**

**Signed July 26, 2010**

---

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | **CASE NO. 09-37010 (SGJ)** |
| | § | |
| **ERICKSON RETIREMENT** | § | **CHAPTER 11** |
| **COMMUNITIES, LLC,** *et al.*,[1] | § | |
| | § | **Jointly Administered** |
| **Debtors.** | § | |

## ORDER GRANTING FIRST AND FINAL APPLICATION OF HOULIHAN LOKEY HOWARD & ZUKIN CAPITAL, INC. AS INVESTMENT BANKER TO THE DEBTORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 19, 2009 THROUGH APRIL 30, 2010

This matter coming before the Court on the First and Final Application of Houlihan Lokey Howard & Zukin Capital, Inc. as Investment Banker To The Debtors for Compensation for Services Rendered and Reimbursement of Expenses For The Period October 19, 2009 through

---

[1] The Debtors in these Chapter 11 cases are Erickson Retirement Communities, LLC, Ashburn Campus, LLC, Columbus Campus, LLC, Concord Campus GP, LLC, Concord Campus, LP, Dallas Campus GP, LLC, Dallas Campus, LP, Erickson Construction, LLC, Erickson Group, LLC, Houston Campus, LP, Kansas Campus, LLC, Littleton Campus, LLC, Novi Campus, LLC, Senior Campus Services, LLC, Warminster Campus GP, LLC, and Warminster Campus, LP.

WEST\22078795.2

April 30, 2010 (the "Application"); the Court having reviewed the Application and all pleadings relating thereto; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein;

THE COURT HEREBY FINDS THAT:

A.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

B.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

C.  The Application complies, as applicable, with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules for the Bankruptcy Court for the Northern District of Texas and the Orders of this Court.

D.  Houlihan Lokey's requested final compensation for services rendered in connection with its representation of the Debtors during the Application Period is reasonable and appropriate under sections 328, 330 and 331 of the Bankruptcy Code.

E.  Houlihan Lokey's expenses incurred during the Application Period for which it seeks reimbursement were actual and necessary expenses under sections 330(a) (1)(B) and 331 of the Bankruptcy Code.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.  The Application is GRANTED.

2.  Houlihan Lokey's request for a final allowance of compensation for services rendered of 100% of $9,715,645, of which $2,322,161 remains outstanding, and reimbursement for 100% of expenses of $117,639, of which $37,489 remains outstanding, for the Application Period is hereby approved.

3. The Debtors are hereby authorized and directed to pay Houlihan Lokey the foregoing approved fees and expenses not already paid.

###End of Order###

WEST\22078795.2